# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2007

133050

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMES WILLIAM HALL,
        Defendant-Appellant.

SC: 133050
COA: 273973
Macomb CC: 06-003121-FH

_____/

On order of the Court, the application for leave to appeal the December 5, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Macomb Circuit Court for further proceedings. At the sentencing hearing, the trial court stated that it "has resolved any challenges as to [the presentence report's] accuracy in favor of the defendant." To the extent that the trial court found there was inaccurate information in the presentence report, the trial court shall direct the probation officer to amend the report by correcting or deleting the information successfully challenged by the defendant, and forward a copy of the amended report to the Department of Corrections, MCL 771.14(6) and MCR 6.425(E)(2). In the alternative, the trial court shall clarify what was meant by the statement set forth above.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2007

_____
Clerk

p0619